[No. 30752-2-III.   Division Three.   January 16, 2014.]

*In the Matter of the Detention of* DONALD T. TOWNSEND.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-00150-4, Jerome J. Leveque, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Fearing, JJ.

[No. 30790-5-III.   Division Three.   January 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIA CUEVAS CORTES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-00770-2, Michael G. McCarthy, J., entered April 10, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Fearing, JJ.

[No. 31077-9-III.   Division Three.   January 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK K. GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-01341-4, Tari S. Eitzen, J., entered August 13, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik and Fearing, JJ.

[No. 31213-5-III.   Division Three.   January 16, 2014.]

GARY WIVAG ET AL., *Appellants*, v. THE CITY OF CLE ELUM, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-2-00249-0, Scott R. Sparks, J., entered September 24, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.